# UNITED STATES DISTRICT COURT
### for the
Eastern District of Wisconsin

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
Information associated with Instagram account ) Case No. 25 MJ 111
https://www.instagram.com/habib.mke and )
...stagram.com/sauced.crew between March 1, 2025, and present )
...t premises owned, maintained, controlled, or operated by Meta )
..., Inc., a company headquartered in Menlo Park, California. )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

...authorized law enforcement officer

...plication by a federal law enforcement officer or an attorney for the government requests the search and seizure
...ng person or property located in the _____ District of _____
*...on or describe the property to be searched and give its location)*:

...Attachment A.

...that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property
...ve, and that such search will reveal *(identify the person or describe the property to be seized)*:

...Attachment B.

...**ARE COMMANDED** to execute this warrant on or before __07/02/2025__ *(not to exceed 14 days)*
...laytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

...delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the
...om, or from whose premises, the property was taken, or leave the copy and receipt at the place where the
...ken.

...cer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory
...aw and promptly return this warrant and inventory to _____Honorable William E. Duffin_____ .
                                                          *(United States Magistrate Judge)*

...t to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C.
...or delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose
... searched or seized *(check the appropriate box)*

...__ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____ .

...ued: __06/18/2025 at 1:15 p.m.__          _William E. Duffin_
                                            *Judge's signature*

__Milwaukee, WI__          Honorable William E. Duffin, U.S. Magistrate Judge
                                          *Printed name and title*

**Return**

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 25·MJ-111 | 6-20·25 | Meta via Online Portal |

Inventory made in the presence of : *N/A - Electronic Download*

Inventory of the property taken and name(s) of any person(s) seized:

Contents of Instagram accounts Habib.MKE and Sauced.Crew

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the
signed judge.

e:  7-18-25

_____
*Executing officer's signature*

Paul Kozelek   ATF Special Agent
*Printed name and title*